# EXHIBIT "6"



August 31, 2011

## FOURTH AND FINAL REPORT

Century Surety Company
465 Cleveland Avenue
Westerville, OH 43082

**Attn: Brendon Leibrock**

===================================

|     |                     |   |                                                            |
|-----|---------------------|---|------------------------------------------------------------|
| RE: | **Name Insured**    | : | J&J Properties Partnership dba: Suburban Shopping Center   |
|     | **Loss Locations**  | : | Multiple                                                   |
|     | **Claim Number**    | : | 01075555                                                   |
|     | **Policy Number**   | : | CCP678018                                                  |
|     | **Date of Loss**    | : | April 24, 2011                                             |
|     | **Our File Number** | : | 11082                                                      |

===================================

### SOURCE AND DATE OF ASSIGNMENT:

This loss was assigned to Wheeler, DeFusco & Associates on 6/13/11. Contact was established with the insured's public adjuster on 6/17/11. An appointment was scheduled for 6/17/11 at 9 am. The loss was inspected without the public adjuster on 6/17/11.

### ENCLOSURES:

1. Service Invoice

### INSURED / OWNERSHIP / LEGAL INTEREST:

The insured is J&J Properties Partnership Suburban Shopping Center. Our contact person is the public adjuster, Rickey Conradt, who can be reached at (512) 558-1430. The insured's contact number is (325) 672-8538.

1509 NE 4th Avenue Ft. Lauderdale, FL 33304
Tel: 954 332 0796 · Fax: 954 332 0897
claims@wheeler-defusco.com

*"The Science of Adjusting"*

8/31/2011 Page 2

## CAUSE/CIRCUMSTANCES OF LOSS:

The cause of loss in this claim is hail. On 4/24/11 rain and hail caused damage to the roofs of these structures.

## ADJUSTMENT:

As discussed we had an appointment to re-inspect the loss locations with the PA scheduled for 8/31/11. Per your email dated 8/30/11 the PA has submitted a request to pursue appraisal. As such we have been advised to close our file.

We have cancelled our appointment and will be closing our file.

## SUBROGATION:

There is not an opportunity for subrogation with this loss.

## SALVAGE:

There is no opportunity for salvage retention.

## RECOMMENDATION:

As this report concludes our handling we are closing our file and enclose our invoice we thank you for allowing us to be of service.

Clarence Estes
**Wheeler, DeFusco & Associates**
(281) 732-6805
cestes@wheeler-defusco.com