IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| JANICE B. SCHWARTZ AND ROBERT GAYLE AMUNDSON, PARTNERS DBA J & J PROPERTIES, <br><br> Plaintiffs, <br><br> v. <br><br> CENTURY SURETY COMPANY, <br><br> Defendant. | § § § § § § § § § § § | CIVIL ACTION NO. 1:11-CV-217-C |

## DEFENDANT CENTURY SURETY COMPANY'S
## DESIGNATION OF REBUTTAL EXPERTS

Pursuant to Rule 26(a)(2)(A) and (D) of the FEDERAL RULES OF CIVIL PROCEDURE, Defendnat Century Surety Company ("Century") files its Designation of Rebuttal Experts as follows:

### I.

Based on the information presently available and the issues currently presented, Century may call the following individual as a rebuttal expert witness:

(1) Gary D. Boyd
3708 Eagles Nest Trail
Burleson, TX 76028
Ph: 817-477-3436

Mr. Boyd will address the opinions set forth in Jim Barr's expert report. In doing so, Mr. Boyd will address the effects of the April 24, 2011 hail storm on the building/property of J&J, if any, and whether the storm caused damage to any of the roofs at the insured locations. Mr. Boyd may also testify about the composition of the various roofs, the condition of the roofs, the extent of any hail damage to the roofs, the approximate age of the hail damage, if any, whether any hail damage occurred during the Century coverage period and, in the event any hail damage occurred during the Century

**DEFENDANT CENTURY SURETY COMPANY'S DESIGNATION OF REBUTTAL EXPERTS--PAGE 1**

#3613343v1<DL>

coverage period, whether such damage would necessitate repair or replacement of the roofs. He will also offer his opinions regarding the reasonable and necessary costs that would be incurred in replacing the roofs, regardless of the cause.

Mr. Boyd may also offer opinions regarding topics addressed by Plaintiff's other experts who may testify regarding damage, causation and/or replacement costs, including, but not limited to, Robert Taylor. Copies of estimates prepared by Mr. Boyd in relation to this case are attached hereto as Exhibits 1-3. A copy of Mr. Boyd's curriculum vitae is attached hereto as Exhibit 4. A list of the cases in which Mr. Boyd has testified in the past nine years is included within Exhibit 4.

## II.

Century also designates the following person who may be used at trial to present rebuttal evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence:

(1)   W. Neil Rambin
      Sedgwick, L.L.P.
      1717 Main Street, Suite 5400
      Dallas, Texas 75201
      469-227-8200

Mr. Rambin will offer rebuttal testimony regarding the reasonable and necessary attorney fees in this case. He is not retained or specially employed to provide expert testimony in this case.

## III.

Defendant Century Surety Company hereby reserves the right to elicit and offer expert testimony of any or all of the experts designated by any other party to this lawsuit, including but not limited to those designated by Plaintiff.

Century Surety Company also reserves the right to supplement, amend, or withdraw this expert designation.

Respectfully submitted,

/s/ L. Kimberly Steele
W. NEIL RAMBIN
State Bar No. 16492800
neil.rambin@sedgwicklaw.com
L. KIMBERLY STEELE
State Bar No. 04127600
kimberly.steele@sedgwicklaw.com
LISA M. HENDERSON
State Bar No. 24025423
lisa.henderson@sedgwicklaw.com

SEDGWICK LLP
1717 Main Street, Suite 5400
Dallas, TX 75201-7367
Telephone: (469) 227-8200
Facsimile: (469) 227-8004

ATTORNEYS FOR DEFENDANT
CENTURY SURETY COMPANY

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document has been served upon Plaintiff's counsel on the 29th day of January, 2012 in accordance with the FEDERAL RULES OF CIVIL PROCEDURE:

H. ALAN CARMICHAEL
**WETSEL & CARMICHAEL. L.L.P.**
207 Oak St.
Sweetwater, TX 79556

/s/ L. Kimberly Steele
L. KIMBERLY STEELE

# BOYD, INC.
## 601 S SIXTH AVE.
## MANSFIELD, TX  76063
## .1.888.269.3462
## .1.817.477.3436
www.boydbonedry.com

Suburban Shopping Center  
4128 N. 1st Street  
Abilene, TX

8/3/2012

| ESTIMATE | UNITS | Type | UNIT $ | TOTALS |
|---|---|---|---|---|
| **R-panel Metal roof** | | | | |
| Tear off R-panel roofing | 46.67 | sq | 54 | 2520.18 |
| Replace R-panel roofing | 46.67 | sq | 375 | 17501.25 |
| R & R rake trim | 125 | l/ft | 6.4 | 800 |
| R & R formed ridge | 86 | l/ft | 5.85 | 503.1 |
| R & R gutter/eave trim | 172 | l/ft | 9.75 | 1677 |
| R & R downspouts | 90 | l/ft | 9.75 | 877.5 |
| Landfill pro-rata | 1 | ea | 385 | 385 |
| **Sub-total of above** | | | | **$24,264.03** |
| **State tax** | | | | **$2,001.78** |
| **Total including state tax** | | | | **$26,265.81** |



EXHIBIT 1

# BOYD, INC.
## 601 S SIXTH AVE.
## MANSFIELD, TX  76063
### .1.888.269.3462
### .1.817.477.3436
www.boydbonedry.com

Suburban Shopping Center  
4130 N. 1st Street  
Abilene, TX

8/3/2012

| ESTIMATE | UNITS | Type | UNIT $ | TOTALS |
|---|---|---|---|---|
| **BUR-Gravel (with domed design)** | | | | |
| Dome Area | | | | |
| Replace flush design 1/2 round skylights | 7 | ea | 250 | 1750 |
| Remove organic BUR roof on dome area 20' diam | 4.45 | sq | 85 | 378.25 |
| Upcharge to carry to roof edge | 4.45 | sq | 25 | 111.25 |
| Remove balance of organic felt area | 13.3 | sq | 95 | 1263.5 |
| Replace torn off roof areas 4 ply BUR | 17.75 | sq | 380 | 6745 |
| Remove loose gravel | 72.5 | sq | 25 | 1812.5 |
| Spud balance of roof | 72.5 | sq | 65 | 4712.5 |
| Apply surface ply felt set in asphalt | 72.5 | sq | 115 | 8337.5 |
| Flood and gravel roof surface | 90.25 | sq | 75 | 6768.75 |
| Clean and seal mod bit perimiter flashing | 210 | l/ft | 4.5 | 945 |
| Apply 5 course flashing to curbed wall | 180 | s/f | 4.5 | 810 |
| Pro-rata landfill | 2 | ea | 385 | 770 |
| High lift to access, load/off-load roof | 0.5 | mo | 2600 | 1300 |
| **Sub-total of above** | | | | **$35,704.25** |
| **State tax** | | | | **$2,945.60** |
| **Total including state tax** | | | | **$38,649.85** |

EXHIBIT 2

# BOYD, INC.
## 601 S SIXTH AVE.
## MANSFIELD, TX  76063
### .1.888.269.3462
### .1.817.477.3436
www.boydbonedry.com

Suburban Shopping Center  
4201 N. 1st Street  
Abilene, TX  

8/3/2012

| ESTIMATE | UNITS | Type | UNIT $ | TOTALS |
|---|---|---|---|---|
| **BUR-Gravel ; 3-tab shingles; jr. shakes** | | | | |
| Wood Shake mansard | | | | |
| Remove wood shingles | 29.84 | sq | 42 | 1253.28 |
| Replace jr. shakes | 35.8 | sq | 479 | 17148.2 |
| Upcharge for mansard work | 35.8 | sq | 80 | 2864 |
| Rolling scaffold charge  2 units | 2 | ea | 265 | 530 |
| Remove/replace cap flashing at mansard | 370 | l/ft | 10.95 | 4051.5 |
| Remove 3-tab shingles | 25 | sq | 36 | 900 |
| Replace 20 yr 3-tab shingles with felt | 27.5 | sq | 160 | 4400 |
| Vertical upcharge for 6 nails | 27.5 | sq | 16 | 440 |
| Upcharge for vertical/ work from ground 5' hgth | 27.5 | sq | 15 | 412.5 |
| Scratch back, spot repair, flood & regravel | 221.7 | sq | 295 | 65401.5 |
| Along shingle area spud roof to smooth surface | 31.4 | sq | 65 | 2041 |
| Add additional ply felt at spudded area | 31.4 | sq | 115 | 3611 |
| Spud and flash parapet walls | 370 | l/ft | 9 | 3330 |
| Spud and flash all perimeters/transitions | 400 | l/ft | 4.5 | 1800 |
| R&R mod bit roof sections | 210 | s/f | 5.5 | 1155 |
| Pro-rata high lift to access, stock and off-load roof | 1 | mo | 2600 | 2600 |
| Pro-rata landfill | 4 | ea | 385 | 1540 |
| **Sub-total of above** | | | | **$113,477.98** |
| **State tax** | | | | **$9,361.93** |
| **Total including state tax** | | | | **$122,839.91** |

**EXHIBIT 3**

RESUME FOR:   Gary D. Boyd

                 3708 Eagles Nest Trail
                 Burleson, TX 76028
                 Phn: 817.477.3436
                 Fax: 817.477.3438
                 Email: gboyd1974@aol.com

Born:  Abilene, Texas 1947

Reared:  Anson, Texas, a small farming community 15 miles north of Abilene.

**Education:**
| | | |
|---|---|---|
| 1962-66 | Anson High School | |
| 1966-70 | Baylor University | BA in English; Religion |
| 1970-73 | Golden Gate Baptist Theological Seminary | MDiv study |

**Professional Studies:**

| | |
|---|---|
| @1983 | Acquired type IV property adjustors license |
| @1986 | Texas A&M remote studies for code enforcement |
| @1996 | RCATexas Certification number 47 |
| @2000 | Completed Retra Course for Asbestos Roofing Supervision |
| @2005 | Completed Louisiana Business Law Course |
| | Hold LA Contractor's license #44706 |
| @2010 | Accredited Green Roof Professional |

**Past and current Manufacturer's Certifications—partial list**

| | | |
|---|---|---|
| JP Stevens | Goodyear | GAF |
| Versico | Bitec | US Intec |
| US Ply | ER Systems | Henry Company |
| Tamko | Johns Manville | Supradur |
| Eternit | Siplast | Performance Products |
| Allied Signal | Koch | Koppers |
| Sarnifil | Sonneborn | Hydrozo |



Gary Boyd Personal Resume                 Page 1

## Work History

1974-2010     President of Boyd, Inc.
Boyd, Inc. is a construction company that specializes in roofing and waterproofing. It has been in business continuously since its inception in 1974. The business has been located at 601 South 6th Street, Mansfield, TX since 1983.

## Professional Memberships

Tarrant County CSI
North Texas Roofing Contractor's Association (president 1995)
Roofing Contractor's Association of Texas
Midwest Roofing Contractor's Association
National Roofing Contractor's Association
Western Roofing Contractor's Association
Spray Polyurethane Foam Alliance
Green Roofs For Healthy Cities

## Professional Activities:

President of Boyd, Inc.
Actively manages roofing company.
Actively manages consulting/ expert work in roofing field
    Appraisals
    Field inspections/reports
    Damage assessment (scope & price analysis, negotiations and recommendations)

Past Board Member:
    NTRCA
    CSI (Fort Worth)
    Mansfield Business Development Committee

CEU Studies

**2007 Spray Foam Association**
Good Roofing Practice in Foam Application
Retro-fit problems and Anchoring Systems
Coating Problems and Recommendations
Hail Resistance and Granular Surfacing

**2008 RCAT**
Green Roof Introduction (Wis, Janey)
Texas Energy Code requirements and issues

**2008 MRCA**
Metal Building Roof systems

**2008 WSRCA**
SecureRock Workshop
Carlisle Self Adhering TPO Workshop
Henry Company: Green Roof roofing workshop


**2009 WSRCA**
Energy Efficient & Green Roofing Systems
Green Roof Design 101
GAF—TruSlate  (product concept and installation process)
ICBO Code Update Review
Coating Systems: (Where they are being used; How they should be used; Why you should be doing them)
Lomanco Ventilation Workshop



**RCI Region IV Seminar:**
  A) Membrane waterproofing applications for garden roofs and electronic field vector leak analysis
  B) Available Solar Technologies Installation, Economics and Financing Options
  C) Rooftop PhotoVoltaics
  D) Design problems with photo voltaic installations

**2010 General**
GAF composition shingle application & principles review

**2010: AGRP** (Accredited Green Roof Professional) by GRHC.

2011:  NTRCA  (Local Code Enforcement Issues)
       IECC     Review of CI Roof Insulation in controlled spaces

2012:  NTRCA  (Energy Code and Building Code revisions)
       NRCA   Round Table Tapered Insulation Discussion & Review
       IBC      Roof Drain Requirements for Contained Roofs
                 (Round Table Seminar Review)
       GAF     CMP seminar; maintenance programs, warranties & guarantees
       MRCA   Field Performance of Reflective Modified Bitumen Membranes
       MRCA   Working with Building Envelope Consultants
       MRCA   International Green Code Construction Code Update
       MRCA   Understanding OSHA, Mock Trial

EXPERT TESTIMONY IN DEPOSITION OR IN COURT PAST EIGHT YEARS

| # | Case | Year |
|---|---|---|
| 01. | Scott v Perfection Roofing | 2004 |
| 02. | Cordova v McClain Roofing | 2004 |
| 03. | Royal Cloud LLC v Lafayette Insurance | 2006 |
| 04. | Continental Plaza LLC v Lafayette Insurance | 2007 |
| 05. | Tammany Mall v United Fire Insurance | 2007 |
| 06. | Keubel Fuchs Properties #1, LLC v Lafayette Ins. Co. | 2008 |
| 07. | Evans v United Fire (NO Louisana) | 2008 |
| 08. | TMM v Ohio Casualty Insurance | 2010 |
| 09. | Long Family Trust v State Farm | 2010 |
| 10. | Preakness Partners Ltd. V RSUI Indemnity | 2010 |
| 11. | Blackman Family Partnership, LTD. Vs Peerless | 2011 |
| 12. | Colony PPC, LP v America First Lloyd's | 2011 |
| 13. | Aero Components, Inc. v American Economy | 2011 |
| 14. | St Elizabeth Ann Seeton (multiple parties) | 2011 |
| 15. | Main Street V Mount Vernon (Midland-ongoing) | 2011 |
| 16. | Willis Reese V. Mule Hide Products Co., and Marsh Waterproofing, Inc. | 2013 |

For more information go to www.boydbonedry.com

END……………….END………………….END……………….END